# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **CHRISTIAN SMITH, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff**<br><br>*v.*<br><br>**KENTUCKY COUNSELING CENTER, LLC,**<br><br>**Defendant** | **Case No.: 3:19-CV-713-RGJ** |

### AGREED ORDER OF DISMISSAL

Upon agreement of Plaintiff, Christian Smith, and Defendant, Kentucky Counseling Center, LLC, and the Court otherwise being sufficiently advised,

IT IS HEREBY ORDERED that this action and all claims asserted by Christian Smith individually are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees. This Order shall not affect the rights or obligations of any member of the putative class alleged in the complaint other than the named Plaintiff, Christian Smith, and the dismissal of this action is without prejudice to any claims that those individuals have or may have.

<table>
<tr><td>

/s/ Jean Sutton Martin (w/permission)
Jean Sutton Martin
(admitted *pro hac vice*)
jeanmartin@forthepeople.com
Patrick A. Barthle II
(admitted *pro hac vice*)
pbarthel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 559-4908

Brenton D. Stanley
bstanley@forthepeople.com
420 W. Liberty Street, Suite 260
Louisville, KY 40202
502-912-5906

*Counsel for Plaintiffs*

</td><td>

/s/ Chadwick A. McTighe
Chadwick A. McTighe
John S. Wathen
Frederick R. Bentley III
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Email: cmctighe@stites.com
          jwathen@stites.com
          rbentley@stites.com


*Counsel for Defendant, Kentucky Counseling Center, LLC*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2020, I served a copy of the foregoing through the ECF System for the United States District Court for the Western District of Kentucky, which will send an electronic notice of filing to:

<table>
<tr><td>

Brenton D. Stanley
MORGAN & MORGAN
420 W. Liberty Street, Suite 260
Louisville, KY 40202
502-912-5906
bstanley@forthepeople.com

*Counsel for Plaintiff*

</td><td>

Jean Sutton Martin
John A. Yanchunis
Patrick A. Barthle
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
813-223-5505
jeanmartin@forthepeople.com
jyanchunis@forthepeople.com
pbarthle@forthepeople.com

*Counsel for Plaintiff*

</td></tr>
</table>

/s/ Chadwick A. McTighe
Chadwick A. McTighe